IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| CAROLINE PURVIS | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-10-520 |
| | § | |
| TEXAS A&M UNIVERSITY | § | |

## O R D E R

On March 28, 2011, Defendant, Texas A&M University, filed its "Motion to Dismiss."

It is, therefore, **ORDERED** that Plaintiff, Caroline Purvis, **SHALL** file her response to the Motion on or before **April 22, 2011**.

It is further **ORDERED** that Defendant, **SHALL** file its reply, if any, to the Plaintiff's response on or before **April 29, 2011**.

**DONE** at Galveston, Texas, this \_\_\_\_29th\_\_\_\_ day of March, 2011.

_____
John R. Froeschner
United States Magistrate Judge