UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CAROLINE PURVIS, | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:10-CV-00520 |
| | § | |
| TEXAS A&M UNIVERSITY, | § | |
| Defendant | § | |

**PLAINTIFF'S NOTICE OF APPEARANCE
AND DESIGNATION OF LEAD COUNSEL**

Plaintiff Caroline Purvis ("Purvis") files this, her notice of appearance and designation of lead counsel in her case against Defendant Texas A&M University ("Texas A&M").

Purvis hereby provides notice to the Court and to Texas A&M that Attorneys John Judge and Martin Cirkiel appear in this case as her legal representatives. Purvis designates John Judge as her lead counsel. John Judge is an attorney in good standing in this Court and in the State of Texas. All communications relating to Purvis in this case should be directed to John Judge using the contact information contained with Mr. Judge's signature block below. Purvis would appreciate copying of communication to Mr. Cirkiel in addition to those sent to Mr. Judge.

Respectfully submitted,

 /s/ John Judge
John Judge
Judge, Kostura, & Putnam, P.C.
Texas Bar No.11044500
2901 Bee Cave Road, Suite L
Austin, Texas 78746
jjudge@jkplaw.com
(512) 328-9099
(512) 328-4132 facsimile

1

/s/ Martin Cirkiel
Martin Cirkiel
Cirkiel & Associates, P.C.
Texas Bar No. 00783829
1901 E. Palm Valley Boulevard
Round Rock, TX 78664
Phone: 512/244-6658
Fax: 512/244-6014
Email: marty@cirkielaw.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the above and foregoing document was served via email delivery on January 30, 2013, to the following individual:

David G. Halpern
Assistant Attorney General
Texas Bar No. 00790812
P.O. Box 12548
Austin, TX 78711
Phone: 512/463-2120
Fax: 512/320-0667
Email: david.halpern@texasattorneygeneral.gov

/s/ John Judge
John Judge