IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| CAROLINE PURVIS | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-10-520 |
| | § | |
| TEXAS A&M UNIVERSITY | § | |

### DOCKET CONTROL ORDER

1.  March 22, 2013     **AMENDED COMPLAINT** must be filed by this date.

2.  April 15, 2013     **PLAINTIFF'S EXPERTS** will be designated in accordance with Rule 26(b), FRCP by this date and reports shall be tendered. No additional experts will be permitted to testify except for good cause shown.

3.  May 17, 2013     **DEFENDANT'S EXPERTS** will be designated in accordance with Rule 26(b), FRCP by this date and reports shall be tendered. No additional experts will be permitted to testify except for good cause shown.

4.  June 28, 2013     **DISCOVERY** should be completed by this date. Counsel may, by agreement, continue discovery beyond the deadlines, but there will be no intervention by the Court, without a showing of extreme prejudice. No trial setting will be vacated because of information acquired in post-deadline discovery.

5.  **July 12, 2013**     **TELEPHONE SCHEDULING CONFERENCE** set at **10:00 a.m.**, before this Court. The Parties should call the Court's conference line at 409-763-7881, at the designated time.

    **DONE** at Galveston, Texas, this ____28th____ day of February, 2013.

                                                                    _____
                                                                    John R. Froeschner
                                                                    United States Magistrate Judge