UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| CAROLINE PURVIS, | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:10-CV-00520 |
| | § | |
| TEXAS A&M UNIVERSITY, | § | |
| Defendant | § | |

## NOTICE OF VACATION

Martin J. Cirkiel, undersigned counsel for Plaintiff, respectfully advises the Court that he will be on vacation the following dates: 1) from and including June 20, 2013 through and including June 25, 2013 2) from and including July 25, 2013 through and including July 30, 2013, and 3) from and including October 1, 2013 through and including October 8, 2013.

Counsel therefore respectfully requests that no hearings requiring his presence be scheduled during that time period and that no responsive pleadings be due to be filed with the court on these dates.

Dated April 9, 2013.

                                                Respectfully Submitted,

                                                /s/ Martin J. Cirkiel
                                                Martin J. Cirkiel
                                                State Bar No. 00783829

CERTIFICATE OF SERVICE

       I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Southern District of Texas.

John Judge
Judge, Kostura, & Putnam, P.C.
Texas Bar No.11044500
2901 Bee Cave Road, Suite L
Austin, Texas 78746
jjudge@jkplaw.com
(512) 328-9099
(512) 328-4132 facsimile
ATTORNEY FOR PLAINTIFF

David G. Halpern
Assistant Attorney General
Texas Bar No. 00790812
P.O. Box 12548
Austin, TX 78711
Phone: 512/463-2120
Fax: 512/320-0667
Email: david.halpern@texasattorneygeneral.gov
ATTORNEY FOR DEFENDANT

                                                  /s/ Martin J. Cirkiel
                                                Martin J. Cirkiel